**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-1533**

EVANS IHENACHOR,

              Plaintiff - Appellant,

       v.

JUDGE J. FREDERICK PRICE; JUDGE THOMAS G. ROSS; THE STATE OF MARYLAND,

              Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Ellen L. Hollander, District Judge.  (1:18-cv-03342-ELH)

Submitted:  September 24, 2019                              Decided:  September 26, 2019

Before WYNN and HARRIS, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Evans Ihenachor, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Evans Ihenachor appeals the district court's orders dismissing his civil action as barred by Eleventh Amendment and judicial immunity and denying his Fed. R. Civ. P. 59(e) motion to alter or amend judgment and motion seeking leave to amend his complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Ihenachor v. Price*, No. 1:18-cv-03342-ELH (D. Md. Mar. 29 & Apr. 16, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*